Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

THE SCHENECTADY TRUST COMPANY, as Trustee under Agreement Made by GEORGE R. EMMONS Dated June 20, 1927, and Amendments Thereto, Respondent, v. NATHANIEL D. EMMONS, Also Known as DANIEL WESTBROOK, Appellant, THE SECURITY FIRST NATIONAL BANK OF LOS ANGELES AT PASADENA, CALIFORNIA, as Trustee under Agreement Made by LAURENCE B. EMMONS, Dated April 19, 1939, ELIZABETH BENTLEY EMMONS, MARY HELEN EMMONS, THE OLD LADIES' HOME OF SCHENECTADY, N. Y., and CHILDREN's HOME SOCIETY OF SCHENECTADY, N. Y., Respondents, and FLORENCE C. SEWARD and Others, Defendants Not Appearing.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 154.] Questions certified as follows: 1. Are the provisions of the trust agreement valid? 2. Does any portion of the trust fund pass under the will of the settlor? 3. Has the appellant Nathaniel D. Emmons any interest in or claim to any part of the trust property? Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application of EDWARD DEC. CHISHOLM and Others, Petitioners, against MARK GRAVES and Others, Constituting the State Tax Commission for the State of New York, Respondents, to Review a Determination Made under Article 16-A of the Tax Law for the Year 1935.— Motion for reargument denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

### (March 10, 1941.)

MOHAWK NATIONAL BANK OF SCHENECTADY, N. Y., Respondent, v. WILLARD J. GRANDE, WILLIAM ELLIS GILMOUR, ADELINE C. WRIGHT (Formerly ADELINE C. GILMOUR), Appellants, Impleaded with STEPHEN J. CARHARDT, Defendant.— Decision, handed down March 5, 1941 [*ante*, p. 1014], corrected on account of typographical error to read as follows: Appeal from a deficiency judgment in a mortgage foreclosure. The referee heard the witnesses, viewed the property, and was better qualified to determine values than the Appellate Division. Judgment affirmed, with costs. Hill, P. J., Crapser and Bliss, JJ., concur; Heffernan and Schenck, JJ., dissent and vote to modify the judgment on the law and facts so as to award plaintiff a deficiency for $3,497.88 and as so modified to affirm, without costs. In our opinion the value of the mortgaged property at the time of the sale was $20,000.

### (March 12, 1941.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER CELLA, Appellant.— Motion for leave to appeal as a poor person granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

REGINA S. CLADAKIS, Respondent, v. NICK JOHN CLADAKIS, Appellant.— Motion for stay of trial denied, with ten dollars costs. Bliss, Heffernan, Schenck and Foster, JJ., concur; Hill, P. J., dissents upon the ground that the proof given by a woman named Bennett was not within the issues presented at the time the complaint was prepared. The testimony in the examination before trial was loose and unbelievable. An amendment to the complaint was required before the issue raised by her testimony was properly presented. (*Weis* v. *Weis*, 123 App. Div. 409.)